LEWIS BRISBOIS BISGAARD & SMITH LLP
JEFFREY B. SETNESS - Nevada State Bar No. 2820
KATHLEEN BLISS – Nevada State Bar No. 7606
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
E-Mail: jsetness@lbbslaw.com
E-Mail: kbliss@lbbslaw.com
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

Attorneys for Defendants:
Henri Wetselaar, M.D. and David A. Litwin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 2:11-CR-00347-KJD-RJJ |
| PLAINTIFF, | STIPULATION TO SUBSTITUTE ATTORNEYS AND |
| vs. | COURT ORDER (LOCAL RULE 10-6(c)) |
| HENRI WETSELAAR, M.D., DAVID A LITWIN, and JASON C. SMITH, R.PH., | |
| DEFENDANTS. | |

In accordance with Rule 10-6(c) of the Local Rules of Practice for the United States District Court for the District of Nevada, JEFFREY B. SETNESS and KATHLEEN BLISS, of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby files this Stipulation to Substitute Attorneys and Proposed Order:

Defendant HENRI WETSELAAR, M.D. hereby nominates and appoints JEFFREY B. SETNESS, ESQ. and KATHLEEN BLISS, ESQ., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, to represent him in the above-entitled action, in place and instead of ROBERT M.

/ / /

/ / /

SUBSTITUTION OF ATTORNEYS - 1

DRASKOVICH, ESQ. of the law firm of TURCO & DRASKOVICH LLP.

Dated this __23__ day of October 2012.

_____
HENRI WETSELAAR, M.D.

Defendant DAVID A. LITWIN hereby nominates and appoints JEFFREY B. SETNESS, ESQ. and KATHLEEN BLISS, ESQ., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, to represent him in the above-entitled action, in place and instead of JOHN M. TURCO, ESQ. of the law firm TURCO & DRASKOVICH LLP.

Dated this __23__ day of October 2012.

_____
DAVID A. LITWIN

I agree to the substitution of JEFFREY B. SETNESS, ESQ. and KATHLEEN BLISS, ESQ. to represent the Defendant HENRI WETSELAAR, M.D. in the above-entitled action, in my place and stead.

Dated this __24__ day of October 2012.

_____
ROBERT M. DRASKOVICH, ESQ.
Turco & Draskovich LLP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101

I agree to the substitution of JEFFREY B. SETNESS, ESQ. and KATHLEEN BLISS, ESQ. to represent the Defendant DAVID A. LITWIN in the above-entitled action, in my place and stead.

Dated this __24__ day of October 2012.

_____
JOHN M. TURCO, ESQ.
Turco & Draskovich LLP
815 S Casino Center Boulevard
Las Vegas, Nevada 89101

SUBSTITUTION OF ATTORNEYS - 2

1     I hereby agree to accept this substitution to represent Defendants HENRI WETSELAAR,

2 M.D. and DAVID A. LITWIN the above-entitled action.

3     Dated this _23rd_ day of October 2012.

_____
JEFFREY B. SETNESS, ESQ.
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

8     I hereby agree to accept this substitution to represent Defendants HENRI WETSELAAR,

9 M.D. and DAVID A. LITWIN the above-entitled action.

10     Dated this _23rd_ day of October 2012.

_____
KATHLEEN BLISS, ESQ.
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

### ORDER

Based upon the Stipulation of the Parties and Counsel and good cause appearing, IT IS SO ORDERED.

DATED this __26th__ day of October 2012.

_____
ROBERT J. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEYS - 3