# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:11-cv-00347-KJD-CWH |
| vs. ) | **ORDER** |
| HENRI WETSELAAR, M.D., *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Sealed Motion to Unseal Search Warrants and Proposed Order (#64), filed on March 27, 2013. The Motion requests that the Court unseal a number of search and seizure warrants, seizure warrants, and affidavits so that they may be utilized in pretrial motions. However, the Motion states, "The parties, by and through the undersigned," and is does not contain any signatures. As a result, the Court is unable to determine who agreed to the unsealing of the requested documents.

Based on the foregoing and good cause therefore,

**IT IS HEREBY ORDERED** that Defendants' Sealed Motion to Unseal Search Warrants and Proposed Order (#64) is **denied without prejudice**.

DATED this 28th day of March, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**