JEFFREY B. SETNESS, ESQ.
Nevada State Bar No. 2820
KATHLEEN BLISS, ESQ.
Nevada State Bar No. 7606
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:   (702) 893-3383
Facsimile:   (702) 893-3789
E-mail:   jsetness@lbbslaw.com
E-mail:   kbliss@lbbslaw.com

*Attorneys for Defendants:*
*Henri Wetselaar, M.D. and David A. Litwin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRI WETSELAAR, M.D.,<br>DAVID A. LITWIN, and<br>JASON C. SMITH, R.PH.,<br><br>Defendants. | CASE NO. 2:11-CR-00347-KJD-CWH<br><br>STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING OF REPLIES BY DEFENDANTS TO GOVERNMENTS' OPPOSITIONS TO DEFENDANTS' PRETRIAL MOTIONS |

IT IS HEREBY STIPULATED AND AGREED by and between Daniel G. Bogden, United States Attorney, and Crane M. Pomerantz and Cristina Silva, Assistant United States Attorneys for the District of Nevada; and Jeffrey B. Setness, Esq., and Kathleen Bliss, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys for Defendants Henri Wetselaar, M.D., and David A. Litwin that the current deadline of April 26, 2013 for filing of Replies by Defendants to the Government's Oppositions (Docket Nos. 83 and 84), be extended to May 10, 2013.

STIPULATION TO EXTEND TIME TO FILE REPLIES - 1

The following information is provided in support of this extension of time to file Replies:

1.      On February 21, 2013, the Parties filed a Stipulation For Extension of Time to File Pretrial Motions (Third Request) in which the parties agreed that Pretrial Motions would be filed by March 27, 2013; Responses to Pretrial Motions would be filed by April 19, 2013; and Replies to all Responses would be filed by April 26, 2013.  (Docket No. 50.)

2.      On February 21, 2013, the Court granted this Stipulation and ordered that Pretrial Motions would be filed by March 27, 2013; Responses to Pretrial Motions would be filed by April 19, 2013; and Replies to all Responses would be filed by April 26, 2013. (Docket No. 51.)

3.      On March 27, 2013, Defendants filed Motions to Suppress / Return Seized Property (Docket No. 65) and Motion for Discovery (Docket No. 66).

4.      On April 19, 2013, the Government filed its Response to the Motion to Suppress / Return Seized Property (Docket No. 84) and its Response to Motion for Discovery (Docket No. 83).

5.      Meanwhile, on March 27, 2013, the Government filed a Motion for Rule 44(c) Hearing / Motion for Disqualification regarding counsels' representation of defendants. (Docket No. 63) and on April 10, 2013 Defendants filed their Response (Docket No. 76).

6.      On April 17, 2013, this Court conducted a hearing on the conflict issue and appointed "conflict counsel" to represent and advise defendants concerning their Constitutional Rights.  On that same date, the Court ordered a hearing on April 29, 2013, to review the matter with conflict counsel and determine whether a conflict, if one exists, can be waived such that counsel can continue representation of defendants.

STIPULATION TO EXTEND TIME TO FILE REPLIES- 2

As set forth above, the conflict issues raised by the Government have yet to be resolved. In light of the foregoing, the Parties submit that the Reply filing deadline should be extended to May 10, 2013.

The Parties further submit that a brief continuance during these pending issues has no effect on the Speedy Trial Rights of Defendants under 18 U.S.C. 3161(h)(1)(D), in that the period of delay shall be excluded in computing the time within the trial herein must commence.

DATED this 24th day of April, 2013.

/s/ Cristina Silva
CRISTINA SILVA, ESQ.
Assistant United States Attorney

/s/ Jeffrey B. Setness
JEFFREY B. SETNESS, ESQ.
Attorney for Henri Wetselaar, M.D.
and David A. Litwin

/s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Attorney for Henri Wetselaar, M.D.
and David A. Litwin

### ORDER

Based upon the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED that the current deadline of April 26, 2013 for filing of Replies by Defendants to the Government's Oppositions (Docket Nos. 83 and 84), be extended to May 10, 2013.

April 25, 2013
DATED

CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE