# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-00347-KJD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HENRI WETSELAAR, M.D., *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Henri Wetselaar's Motion to Modify Conditions of Pretrial Release (#156), filed September 3, 2014. Defendant request that the condition that he report in person to Pretrial Services on a monthly basis be modified to require him to report in person to Pretrial Services once every third month. The request is not opposed by Pretrial Services. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Henri Wetselaar's Motion to Modify Conditions of Pretrial Release (#156) is **granted**. The condition that Defendant Wetselaar report in person to Pretrial Services once a month is modified to require Wetselaar to report in person to Pretrial Services once every three months as directed by Pretrial Services.

DATED: September 4, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**