# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 2:11-CR-00347-KJD-CWH |
| v. | |
| HENRI WETSELAAR, M.D., | **ORDER** |
| Defendant. | |

    Presently before the Court for consideration is the Report and Recommendation (#206) of Magistrate Judge Carl W. Hoffman, Jr. entered on November 19, 2015, recommending that Defendant's motion to dismiss count 14 of the superseding indictment (#187) be denied. Defendant filed an objection (#208) on November 30, 2015, to which the Government responded (#212).

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#206) of the United States Magistrate Judge entered November 19, 2015, should be **ADOPTED** and **AFFIRMED**. The Magistrate Judge correctly concluded that count 14 of the superseding indictment does not lack specificity but sufficiently pleads the elements of the offense, and provides a list of allegedly structured transactions, including the date, amount, and account into which the structured funds were deposited. The Court is in accord with the Magistrate's conclusion that count 14 sufficiently alleges Defendant's violation of 31 U.S.C. § 5324(a)(3), fairly informs Defendant of the

charges against him, and enables Defendant to plead an acquittal or conviction in bar of future prosecutions for the same offense.  Further, despite Defendant's characterization of the evidence and authority, the Magistrate Judge's well-reasoned analysis of the facts and law correctly determined that the superseding indictment was not duplicitous as count 14 only alleges one violation of § 5324(a)(3) and not distinct and separate offenses.

Accordingly, IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#206) entered November 19, 2015, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Defendant's motion to dismiss count 14 of the superseding indictment (#187) is **DENIED.**

DATED this  25th  day of April 2016

_____
Kent J. Dawson
United States District Judge