# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff , | Case No. 2:11-CR-00347-KJD-CWH |
| v. | |
| HENRI WETSELAAR, M.D., | **ORDER** |
| Defendant. | |

Presently before the Court for consideration is the Report and Recommendation (#209) of Magistrate Judge Carl W. Hoffman, Jr. entered on December 1, 2015, recommending that Defendant's motion to dismiss and/or strike portions of count 14 of the superseding indictment based upon the running of the statute of limitations (#188) be granted in part and denied in part. Defendant filed an objection (#211) on December 14, 2015, to which the Government responded (#213).

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#209) of the United States Magistrate Judge entered December 1, 2015, should be **ADOPTED** and **AFFIRMED**.

Accordingly, IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#209) entered December 1, 2015, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Defendant's motion to dismiss and/or strike portions of count 14 of the superseding indictment based upon the running of the statute of limitations (#188) be **GRANTED in part** and **DENIED in part**.

DATED this __25th__ day of April 2016

                                              Kent J. Dawson
                                              United States District Judge