**JEFFREY B. SETNESS, ESQ.**
Nevada State Bar No. 2820
**FABIAN VANCOTT**
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone:   (702) 930-5728
Facsimile:    (877) 898-1168
E-mail:         jsetness@fabianvancott.com

*Attorneys for Defendant Henri Wetselaar, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>HENRI WETSELAAR, M.D.<br>DAVID A. LITWIN, and<br>JASON C. SMITH, R.PH.,<br><br>DEFENDANTS. | CASE NO. 2:11-CR-00347-KJD-CWH<br><br>**SUPPLEMENTAL STIPULATION AND ORDER TO DETERMINE MENTAL COMPETENCY OF DEFENDANT HENRI WETSELAAR, M.D.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Daniel G. Bogden, United States Attorney, and Crane M. Pomerantz and Cristina Silva, Assistant United States Attorneys, attorneys for the United States; and Jeffrey B. Setness, Esq. of the law firm of Fabian VanCott that Dr. Wetselaar be evaluated by a rheumatologist, nephrologist, and neurologist based upon the following:

1. On May 3, 2016, a "Revised Stipulation and Order to Determine Mental Competency of Defendant Henri Wetselaar, M.D." was filed with the Court (Doc No. 236).

2. On May 4, 2016, Magistrate Judge Hoffman ordered that Dr. Wetselaar would be evaluated by Dr. Gregory Brown pursuant to the provisions set forth in Title 18, U.S. Code, Sections 4241-4248 (Doc. No. 237).

3. On May 26, 2016, Dr. Brown conducted his initial evaluation of Dr. Wetselaar. Following his evaluation, Dr. Brown requested that:

/ /

      a.    Dr. Wetselaar be evaluated by both a rheumatologist and nephrologist in order to obtain their professional opinions regarding fatigue, secondary to chronic rhabdomyolysis; and

      b.    Dr. Wetselaar receive a comprehensive neurological examination by a Board-certified neurologist to specifically address cognitive functioning, memory function, restless leg syndrome, and fatigue. Dr. Brown recommended that the Court consider the Lou Ruvo Center for Brain Health to conduct the neurological examination.

4.    Pursuant to Title 18, U.S. Code, Section 4241(b), the parties agree that the court shall order that further examinations of Defendant Henri Wetselaar, M.D. be conducted by a rheumatologist, nephrologist, and neurologist in accordance with the recommendation of Dr. Brown.

5.    Counsel for Dr. Wetselaar and the United States shall confer and agree as to the rheumatologist, nephrologist, and neurologist that will conduct these examinations and will provide the Court with the names of the physicians agreed on no later than Friday, June 3, 2016.

6.    The evaluations by the rheumatologist, nephrologist, and neurologist shall be conducted on an outpatient basis.

The parties agree that, pursuant to the provisions of the Speedy Trial Act set forth in Title 18, United States Code, Section 3161(h)(1)(A), the time required for trial of Dr. Wetselaar shall be excluded from the date of the instant order until the Court issues a ruling on Dr. Wetselaar's competency to stand trial, such period being a delay contemplated by Title 18, United States Code, Section 3161(h)(1)(A).

DATED this 27th day of May, 2016.

By: */s/ Crane M. Pomerantz*  
    CRANE M. POMERANTZ, ESQ.  
    Assistant United States Attorney  
    Attorney for United States

By: */s/ Cristina Silva*  
    CRISTINA SILVA, ESQ.  
    Assistant United States Attorney  
    Attorney for United States

By: */s/ Jeffrey B. Setness*  
    JEFFREY B. SETNESS, ESQ.  
    Attorney for Defendant Dr. Henri Wetselaar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:11-CR-00347-KJD-CWH** |
| PLAINTIFF, | [PROPOSED] SUPPLEMENTAL ORDER TO DETERMINE MENTAL COMPETENCY OF DEFENDANT HENRI WETSELAAR, M.D. |
| vs. | |
| **HENRI WETSELAAR, M.D. DAVID A. LITWIN, and JASON C. SMITH, R.PH.,** | |
| DEFENDANTS. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to Title 18, U.S. Code, Section 4247(b) and (c), this Court hereby ORDERS that examinations of defendant Dr. Wetselaar be conducted by a rheumatologist, nephrologist, and neurologist pursuant to the recommendation of Dr. Gregory Brown and that each of these physicians prepare and file with the Court a report setting forth their findings.

The evaluations by the rheumatologist, nephrologist, and neurologist shall be conducted on an outpatient basis.

Counsel for Dr. Wetselaar and the United States shall confer and agree as to the rheumatologist, nephrologist, and neurologist that will conduct these examinations and will provide the Court with the names of the physicians agreed on no later than Friday, June 3, 2016.

The Court finds that, pursuant to the provisions of the Speedy Trial Act set forth in Title 18, United States Code, Section 3161(h)(1)(A), the time required for trial of Dr. Wetselaar shall be excluded from the date of the instant order until the Court issues a ruling on Dr. Wetselaar's competency to stand trial, such period being a delay contemplated by Title 18, United States Code, Section 3161(h)(1)(A).

**DATED** May 31, 2016

_____
**CARL W. HOFFMAN**
**United States Magistrate Judge**

**SUPPLEMENTAL ORDER TO DETERMINE MENTAL COMPETENCY OF DEFENDANT HENRI WETSELAAR, M.D.**

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of FABIAN VANCOTT and that on this 27th day of May, 2016 I did cause a true copy of:

**SUPPLEMENTAL STIPULATION AND ORDER TO DETERMINE MENTAL COMPETENCY OF DEFENDANT HENRI WETSELAAR, M.D.**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: */s/ Sara M. Cameron*
An employee of
FABIAN VANCOTT

**CERTIFICATE OF SERVICE**