# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00347-KJD-CWH |
| Plaintiff, | |
| v. | |
| HENRI WETSELAAR, M.D., et al, | **ORDER** |
| Defendants. | |

Presently before the Court is Defendant's status report (ECF No. 275), detailing the progress in medical examinations of Defendant. Defendant represents that Dr. Brown will be in a position to complete his medical evaluation and submit it to the Court once Dr. Bernick has submitted his report, which is anticipated to occur soon after August 16, 2016.

IT IS THEREFORE ORDERED that Defendant must submit a status report no later than August 23, 2016 regarding the completion of Defendant's medical examinations and submission of reports to the Court.

DATED: August 10, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge