**JEFFREY B. SETNESS, ESQ.**
**Nevada Bar No. 2820**
**FABIAN VANCOTT**
**601 South Tenth Street, Suite 204**
**Las Vegas, Nevada 89101**
**Telephone:** **(702) 930-5728**
**Facsimile:** **(877) 898-1168**
**E-Mail:** **jsetness@fabianvancott.com**

*Attorneys for Defendant Henri Wetselaar, M.D.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00347-KJD-CWH |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER TO PROVIDE DOCUMENTATION AND PROGNOSIS RELATING TO DR. WETSELAAR |
| HENRI WETSELAAR, M.D., | |
| Defendant. | |

BASED UPON THE STIPULATION OF COUNSEL, AND GOOD CAUSE APPEARING

THEREFORE, THE COURT HEREBY ORDERS THAT:

Dr. Marina Plon, any and all other treating physicians at Desert Springs Hospital, immediately

provide Jeffrey B. Setness, attorney for Defendant Dr. Henri Wetselaar, with the medical records

relating to Dr. Wetselaar's current condition and hospitalization. Further, Dr. Plon shall provide a

provide brief a written medical opinion if Dr. Wetselaar will be physically able to be present at his

trial which is scheduled to commence at 9:00 am on Monday, September 12, 2016.  Unless good

cause is shown, the copy of the medical records, and the brief summary of Dr. Wetselaar's ability to

attend trial on September 12, 2016, shall be provided to Jeffrey B. Setness, Esq. no later than 4:00 pm

on September 8, 2016,

**DATED this** _8th_ **day of September 2016.**

**KENT J. DAWSON**
**UNITED STATES DISTRICT COURT JUDGE**

ORDER TO PROVIDE DOCUMENTATION AND PROGNOSIS RELATING TO DR. WETSELAAR