**JEFFREY B. SETNESS, ESQ.**
Nevada Bar No. 2820
**FABIAN VANCOTT**
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone:   (702) 930-5728
Facsimile:    (877) 898-1168
E-Mail:        jsetness@fabianvancott.com

*Attorneys for Defendant Henri Wetselaar, M.D.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRI WETSELAAR, M.D.,<br>DAVID A. LITWIN, and<br>JASON C. SMITH, R.PH.,<br><br>Defendants. | CASE NO. 2:11-CR-00347-KJD-CWH<br><br>**DEFENDANT DR. WETSELAAR'S MOTION REQUESTING PAYMENT OF DR. BROWN'S FEES IN CONNECTION WITH MENTAL COMPETENCY EVALUATION** |

COMES NOW, Defendant Henri Wetselaar, M.D., by and through his counsel, Jeffrey B. Setness of the law firm of Fabian VanCott, and hereby requests that the Court make payment to Dr. Brown in connection with the mental competency evaluation based upon the following:

1. On May 4, 2016, Magistrate Judge Hoffman signed an "Order to Determine Mental Competency of Defendant Henri Wetselaar, M.D." (Doc. No. 237) which stated, in pertinent part, as follows:

> Dr. Brown currently estimates that he may be able to complete the evaluation in approximately three hours. However, if the records are voluminous, the amount of time needed to complete the evaluation will increase. Dr. Brown also noted that, if there has not been a neurological examination with MRIs, such an examination by a clinical neurologist will be required prior to Dr. Brown's evaluation.

> Dr. Brown charges $600 per hour, and it is agreed that the Court will pay $400 per hour, and Dr. Wetselaar will pay the remaining $200 per hour. It also should be noted that the maximum amount that the Court can expend on such an examination is $5,000.00.

/ /

/ /

2. Please find attached a copy of Dr. Brown's billing statement indicating that the total due and payable is $2,850.00. Based upon the formula set forth in the Court's order, it appears that the Court will pay $1,900.00, and Dr. Wetselaar will pay $950.00.

**DATED this 12th day of October 2016.**  FABIAN VANCOTT

By: */s/ Jeffrey B. Setness*
**JEFFREY B. SETNESS, ESQ.**
*Attorneys for Defendant Henri Wetselaar, M.D.*

## ORDER

BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS ORDERED that the Court shall pay $1,900.00 to Dr. Brown, and Dr. Wetselaar shall pay $950.00 to Dr. Brown.

**DATED this** October 17, **2016.**

**CARL W. HOFFMAN**
**United States Magistrate Judge**

PLEASE NOTE BILLING ADDRESS IS DIFFERENT THAN OFFICE ADDRESS

August 13, 2016

Jeffrey Setness, Esq.
Fabian VanCott
601 South Tenth Street, Suite 204
Las Vegas, Nevada  89101

From:   Gregory P Brown, M.D., Prof. Corp.

RE:     Billing Statement for : Henri Wetselaar, MD

CASE NUMBER:

TAX ID:       88-0369993

Please note that billing address is different from office address:

Please remit to:        Gregory P Brown, M.D., Prof. Corp.
                        5120 Tennis Court Street West
                        Las Vegas, NV 89120

Services:
| Date | Service | Hours |
|---|---|---|
| 5/26/2016 | psychiatric interview, MSE & MMSE | 1.50 hours |
| 8/7/2016 | record review | 1.00 hours |
| 8/7/2016 | report prep | 1.00 hours |
| 8/12/2016 | record review | 0.50 hours |
| 8/12/2016 | report prep | 0.25 hours |
| 8/13/2016 | report prep | 0.50 hours |

4.75 hours X $600/hour as per contract for case

current bill due = $2850

Total due and payable =      $2850

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of FABIAN VANCOTT and that on this 12th day of October 2016 I did cause a true copy of:

**DEFENDANT DR. WETSELAAR'S MOTION REQUESTING PAYMENT OF DR. BROWN'S FEES IN CONNECTION WITH MENTAL COMPETENCY EVALUATION**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: */s/ Sara M. Cameron*
An employee of
FABIAN VANCOTT