UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| VS. | 2:11-cr-00347-KJD-CWH |
| HENRI WETSELAAR, M.D. ET AL, | MINUTES OF THE COURT |
| | Dated: March 10, 2017 |
| Defendants, | |

PRESENT:

THE HONORABLE **KENT J. DAWSON, U.S. DISTRICT JUDGE**

| | |
|---|---|
| DEPUTY CLERK: | DENISE SAAVEDRA |
| COURT REPORTER: | KATHERINE EISMANN |
| PRESENT FOR PLAINTIFF: | CRISTINA SILVA, ANDREW DUNCAN, USA |
| PRESENT FOR DEFENDANT: | JEFFREY SETNESS, JONATHAN POWELL, AND THOMAS MICHAELIDES |

JURY TRIAL - DAY 27

      Proceedings begin at 9:04 a.m.   Defendants are present.

      Outside the presence of the jury, Government makes oral Motion to preclude any testimony about the current employment of Mr. Smith and Motion to have defendants seated at the witness stand before the jury comes into the courtroom. Defense counsel responds.

      Jurors are present at 9:08 a.m.

      **Jason Smith** is sworn as a witness for Defense. The court canvasses defendant. Mr. Michaelides examines the witness. Defense exhibit 693 is marked and admitted.

      Proceedings recess from 10:19 a.m. - 10:41 a.m.

      **Jason Smith r**esumes the witness stand. Mr. Michaelides continues with direct examination. Defense exhibit 694 is marked and admitted.

USA vs. HENRI WETSELAAR, M.D. ET AL,
2:11-CR-00347-KJD-CWH
March 10, 2017
Page two

    Proceedings recess from 11:45 a.m. - 12:03 p.m.

    **Jason Smith** resumes the witness stand. Mr. Michaelides continues with direct examination. Defense exhibit 696 is marked and admitted. Mr. Michaelides passes the witness for cross examination. Mr. Powell and Mr. Setness cross examine the witness.

    Jurors are admonished at 1:03 p.m.

    Outside the presence of the jury, Mr. Setness brings up Motion to exclude photographs [430], and Motion to permit testimony and Exhibits regarding memory loss [423]. Accordingly, as stated on the record the Court makes ruling as to memory loss. The Court will not allow photos into evidence.

    Proceedings recess at 1:09 p.m.

    **IT IS ORDERED that the jury trial is continued to Monday, March 13, 2017 at 9:00 A.M.**


                                            **LANCE S. WILSON, CLERK**
                                            **UNITED STATES DISTRICT COURT**


                                            /s/ Denise Saavedra
                                            DEPUTY CLERK