FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 26 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-347-KJD-(CWH) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| HENRI WETSELAAR, MD, | |
| Defendant. | |

This Court finds that defendant Henri Wetselaar, MD, was found guilty of Counts One through Nine, Thirteen, and Fourteen of a Fourteen-Count Superseding Criminal Indictment (Indictment) charging him in Count One with Conspiracy to Distribute Oxycodone in violation of 21 U.S.C. §§ 846 and 841(a)(1); in Counts Two through Nine with Distribution of Controlled Substances in violation of 21 U.S.C. § 841(a)(1); in Count Thirteen with Money Laundering in violation of 18 U.S.C. § 1957; and in Count Fourteen with Structuring Transactions to Evade Reporting Requirements in violation of 31 U.S.C. § 5324(a)(3). Indictment, ECF No. 179; Jury Verdict, ECF No. 456; Minutes of Jury Trial, ECF No. 473.

The in personam criminal forfeiture money judgments are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 21, United States Code, Section 841(a)(1), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(D), dealing in a controlled substance or listed chemical, or Title 21, United States Code, Section 846, conspiracy to commit such offense; (2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of violations of Title 21,

United States Code, Sections 841(a)(1) and 846; (3) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of Title 21, United States Code, Sections 841(a)(1) and 846; (4) all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21, United States Code, Sections 841(a)(1) and 846, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of Title 21, United States Code, Sections 841(a)(1) and 846; (5) any property, real or personal, involved in a transaction or attempted transaction in violation of Title 18, United States Code, Section 1957, or any property traceable to such property; (6) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1957, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense; (7) any property, real or personal, involved in a violation of Title 18, United States Code, Section 1957, or any property traceable to such property; and (8) all property, real or personal, involved in violations of Title 31, United States Code, Section 5324(a)(3), or any conspiracy to commit such violations, and any property traceable thereto, and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) and 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 31, United States Code, Section 5317(c)(1).

This Court finds that Henri Wetselaar, MD, shall pay an in personam criminal forfeiture money judgment of $2,257,395 and an in personam criminal forfeiture money judgment of $271,500 to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(6) with Title

28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) and 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 31, United States Code, Section 5317(c)(1); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Henri Wetselaar, MD, an in personam criminal forfeiture money judgment of $2,257,395 and an in personam criminal forfeiture money judgment of $271,500.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 26 day of OCT, 2017.

_____
UNITED STATES DISTRICT JUDGE