1  STEVEN W. MYHRE
   Acting United States Attorney for District of Nevada
2  Nevada Bar No. 9635
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Facsimile: 702-388-6787
6  Email: Daniel.Hollingsworth@usdoj.gov
   Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-347-KJD-(CWH) |
| Plaintiff, | United States of America's Unopposed Motion to Extend Time to File its Reply to Wetselaar's Response (ECF No. 573) to the Government's Motion to Substitute and for Forfeiture of Property (ECF No. 563) (First Request) |
| v. | |
| HENRI WETSELAAR, MD, | |
| Defendant. | |

The United States of America respectfully moves this Court for an Order extending the time for the United States to file its reply to the response (ECF No. 573) to the Motion to Substitute and for Forfeiture of Property (ECF No. 563) pursuant to LR IA 6-1. This motion is the first request for an extension of time to file the reply. The deadline for filing the reply is November 23, 2017. The United States requests a sixty-day extension of the deadline up to and including January 22, 2018.

The grounds for extending time are as follows.

Jeffrey Setness, counsel for Henri Wetselaar, was contacted on November 16, 2017, and agreed to the extension of time. Undersigned counsel has upcoming evidentiary hearings, a heavy caseload, and a personal family matter.

The Motion to Substitute and for Forfeiture of Property (ECF No. 563) was filed on October 26, 2017. Wetselaar filed his Response to the Government's Motion (ECF No. 573) on November 8, 2017. Pursuant to Order of the Court (ECF No. 565), the deadline for filing the Reply to Wetselaar's Response is November 23, 2017.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, January 22, 2018.

DATED this 17th day of November, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _ November 20, 2017 _____